SEALED FILED

Case 1:12-cr-00176-ADA Document 16 Filed 06/21/12 Page 1 of 1

JUN 21 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISRAEL PEREZ, A.K.A. MANUEL VELASQUEZ, JORGE MEJIA, A.K.A. "GORDO," AND DIEGO RAMIREZ, A.K.A. DANIEL FERREIRA, A.K.A. "BEBE," <br><br> Defendant | CASE NO. 1:12-CR-176-AWI <br><br> ORDER SEALING INDICTMENT PURSUANT TO RULE 6(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE <br><br> **UNDER SEAL** |

IT IS HEREBY ORDERED THAT for reasons stated in the government's sealing application, the superseding indictment in this matter, the related sealing application, and this sealing order shall be SEALED in the interest of justice until further order of the court. The government is granted leave in the interest of justice to provide the apprehended defendant(s) a copy of the superseding indictment in redacted form as the government deems appropriate.

In sum, per the government's request under Rule 6(e) and in the interest of justice, only the following documents in this case SHALL remain SEALED: (1) the Indictment in this case; (2) the Superseding Indictment in this case; and (3) the Complaint in Case No. 1:12-mj-134-GSA, which is to be merged with this case. No other documents in this case need be sealed unless otherwise ordered by the court.

Dated: June 21, 2012

HON. GARY S. AUSTIN
U.S. Magistrate Judge