BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISRAEL PEREZ, A.K.A. MANUEL VELASQUEZ, JORGE MEJIA, A.K.A. "GORDO," AND DIEGO RAMIREZ, A.K.A. DANIEL FERREIRA, A.K.A. "BEBE,"<br><br>    Defendants. | CASE NO.  1:12-CR-176-AWI-DLB<br><br>**APPLICATION AND ORDER TO UNSEAL THE INDICTMENT AND SUPERSEDING INDICTMENT, BUT NOT THE COMPLAINT** |

    The United States of America hereby applies for an order unsealing the indictment and superseding indictment in the above-captioned case as there no longer remains a need for the entire case to be under seal.  However, the Complaint against Defendant Diego Ramirez (Case No. 1:12-mj-134-GSA) must remain SEALED for the reason(s) in the Court's order sealing said complaint. A redacted copy of the complaint has been provided to counsel for Diego Ramirez.

                                                                                    BENJAMIN B. WAGNER
                                                                                     United States Attorney

DATED: <u>July 13, 2012</u>                         By:    <u>/s/ Yasin Mohammad</u>
                                                                                    YASIN MOHAMMAD
                                                                                    Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISRAEL PEREZ, A.K.A.<br>MANUEL VELASQUEZ,<br>JORGE MEJIA, A.K.A. "GORDO," AND<br>DIEGO RAMIREZ, A.K.A. DANIEL<br>FERREIRA, A.K.A. "BEBE,"<br><br>    Defendants. | CASE NO. 1:12-CR-176-AWI-DLB<br><br>**ORDER UNSEALING THE INDICTMENT AND SUPERSEDING INDICTMENT, BUT NOT THE COMPLAINT** |

    IT IS HEREBY ORDERED THAT the indictment and superseding indictment in the above-captioned case be UNSEALED as there no longer remains a need for the entire case to be under seal. However, the Complaint against Defendant Diego Ramirez (Case No. 1:12-mj-134-GSA) shall remain SEALED for the reason(s) in the Court's order sealing said complaint.

IT IS SO ORDERED.

Dated: **July 16, 2012**              /s/ Dennis L. Beck
                                                  UNITED STATES MAGISTRATE JUDGE